1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA B. KANE (CABN 150630)
Chief, Criminal Division

4 | DANIEL R. KALEBA  (CABN 223789)
Assistant United States Attorney

5

6 | 150 Almaden Boulevard, Suite 900
San Jose, CA 95113
Telephone: (408) 535-5061

7 | Fax:  (408) 535-5066
E-Mail: daniel.kaleba@usdoj.gov

8

9 | Attorneys for Plaintiff

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN JOSE  DIVISION

13 | UNITED STATES OF AMERICA,          )          No.  CR 10-00044 JF
                                      )
14 |         Plaintiff,                )
                                      )
                                      )          STIPULATION AND [PROPOSED]
15 |     v.                            )          ORDER TO CONTINUE SENTENCING
                                      )
16 | PETER C.Y. YE,                    )
                                      )
17 |         Defendant.                )
  _____    )

18

19 |         On June 17, 2010, defendant Peter C.Y. Ye, and the United States Attorney's Office for

20 | the Northern District of California entered into a written plea agreement.  Mr. Ye agreed to

21 | cooperate with the government, and his cooperation includes assisting the government in the

22 | prosecution of the defendants in the related matter, *United States v. Terzakis, et al.*, CR 09-01212

23 | JF.  Mr. Ye is currently scheduled to be sentenced on February 3, 2011.

24 |         Jury trial in the *Terzakis* matter was originally scheduled to begin on December 3, 2010.

25 | On November 4, 2010, attorney Robert Lyons substituted in as counsel of record for Mr.

26 | Terzakis, and at the request of the defense, the Court vacated the December 3, 2010 trial date,

27 | and continued the *Terzakis* proceedings until January 6, 2011 for further status.

28

*Stipulation to Continue Sentencing*
CR 10-00044 JF

1    In order for Mr. Ye to provide ongoing assistance through the *Terzakis* matter, the parties

2  jointly stipulate and request that this Court continue the sentencing of Mr. Ye.  The parties also

3  jointly propose that the Court schedule this matter for status on sentencing on January 6, 2011,

4  when the scheduling issues in the *Terzakis* matter will become clearer.

5

6  Dated: December 14, 2010                          Respectfully submitted,

7                                                    MELINDA HAAG
                                                     United States Attorney
8

9
                                                     _____/s/_____
10                                                   DANIEL R. KALEBA
                                                     Assistant United States Attorney
11

12

13  Dated: December 13, 2010              _____/s/_____
                                          SHAWN R. PARR
14                                        Attorney for Defendant

15

16

17    Based on the above, and for good cause shown,

18    IT IS HEREBY ORDERED:

19    That the February 3, 2011 sentencing of Peter Ye is hereby continued.  The parties

20  are to appear before this Court on January 6, 2011 at 9:00 a.m. for further status on

21  sentencing.

22

23

24

25  Dated:  12/16/10
        _____                   _____
26                                         HON. JEREMY FOGEL
                                           United States District Judge
27

28

*Stipulation to Continue Sentencing*
CR 10-00044 JF                            2