1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA B. KANE (CABN 150630)
3  Chief, Criminal Division

4  DANIEL R. KALEBA  (CABN 223789)
   Assistant United States Attorney
5
      150 Almaden Boulevard, Suite 900
6     San Jose, CA 95113
      Telephone: (408) 535-5061
7     Fax:  (408) 535-5066
      E-Mail: daniel.kaleba@usdoj.gov
8

9  Attorneys for Plaintiff

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                         SAN JOSE  DIVISION

UNITED STATES OF AMERICA,              )      No.  CR 10-00044 JF
                                       )
       Plaintiff,                      )
                                       )      STIPULATION AND [PROPOSED]
       v.                              )      ORDER TO CONTINUE SENTENCING
                                       )
PETER C.Y. YE,                         )
                                       )
       Defendant.                      )
_____)

On June 17, 2010, defendant Peter C.Y. Ye, and the United States Attorney's Office for the Northern District of California entered into a written plea agreement.  Mr. Ye agreed to cooperate with the government, and his cooperation includes assisting the government in the prosecution of the defendants in the related matter, *United States v. Terzakis, et al.*, CR 09-01212 JF (the *Terzakis* matter).  Co-defendant Robert Estupinian also recently entered into a cooperation plea agreement with the government in the *Terzakis* matter.  Mr. Ye and Mr. Estupinian are currently scheduled to be sentenced on June 9, 2011.

Jury trial in the *Terzakis* matter has been continued at the request of the defendant, Mr. Terzakis, due to the substitution of new defense counsel.  The next appearance in the *Terzakis* matter is June 9, 2011 for trial setting or disposition.

*Stipulation to Continue Sentencing*
CR 10-00044 JF

1   In order for Mr. Ye to provide ongoing assistance in the *Terzakis* matter, and to allow the
2  Court to consider additional information relevant to sentencing, the parties jointly stipulate and
3  request that this Court continue the sentencing of Mr. Ye.  The parties also jointly propose that
4  the Court convert the June 9, 2011 appearance to a status appearance, with the expectation that
5  the scheduling issues in the *Terzakis* matter will become clearer on that date.

7  Dated: May 18, 2011                    Respectfully submitted,

8                                         MELINDA HAAG
                                          United States Attorney

11                                        _____/s/_____
                                          DANIEL R. KALEBA
                                          Assistant United States Attorney

14  Dated: May 20, 2011                   _____/s/_____
                                          SHAWN R. PARR
15                                        Attorney for Peter Ye

18  Based on the above, and for good cause shown,
19  IT IS HEREBY ORDERED:
20  That the June 9, 2011 sentencing of Peter Ye is hereby continued.  The parties are to
21  appear before this Court on June 9, 2011 at 9:00 a.m. for further status on sentencing.

25  Dated:  6/8/11
                                          HON. JEREMY FOGEL
26                                        United States District Judge

*Stipulation to Continue Sentencing*
CR 10-00044 JF                            2