1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  DANIEL R. KALEBA (CABN 223789)
   Assistant United States Attorney
5
     150 Almaden Boulevard, Suite 900
6    San Jose, CA 95113
     Telephone: (408) 535-5061
7    Fax:  (408) 535-5066

8  Attorneys for Plaintiff

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12

13 UNITED STATES OF AMERICA,        )    No.    CR 09-01212 DLJ
                                    )
14        Plaintiff,                )
                                    )    STIPULATION AND []
15     v.                           )    ORDER REGARDING SCHEDULE FOR
                                    )    SENTENCING
16 JOHN D. TERZAKIS,                )
   ROBERT E. ESTUPINIAN,            )
17                                  )
          Defendants.               )
18 _____ )
                                    )
19 UNITED STATES OF AMERICA,        )    Related Case No. CR 10-00044 DLJ
                                    )
20        Plaintif,                 )
                                    )
21     v.                           )
                                    )
22 PETER YE                         )
                                    )
23        Defendant.                )
                                    )
24 _____ )

25        With the agreement of the parties, and with the consent of defendants John Terzakis,

26 Robert Estupinian, and Peter Ye (collectively, the "defendants"), the Court enters the following

27 order regarding scheduling in the above referenced matters:

28
   SCHEDULING ORDER
   CR 09-01212 DLJ
   CR 10-00044 DLJ

The defendants have individually entered plea agreements with the government to resolve the above referenced matters. Pursuant to the terms of the plea agreements, the parties agree that the Court will resolve certain factual issues relevant to the calculations provided for in the United States Sentencing Guidelines. In particular, the Court is asked to decide the loss amount attributable to each defendant arising from the scheme to defraud (U.S.S.G. § 2B1.1), as well as the leadership roles of defendants John Terzakis and Robert Estupinian (U.S.S.G. § 3B1.1). Mr. Estupinian and Mr. Ye also reserved the right to challenge the application of the abuse of position of trust enhancement (U.S.S.G. § 3B1.3).

The matters are currently set for sentencing on June 28, 2012. While the parties have been working to resolve the disputed factual issues, especially as it relates to the determination of the loss amount, it is apparent that an evidentiary hearing will be needed prior to the sentencing of the individual defendants. Therefore parties stipulate and propose the following schedule for sentencing:

| Date | Event |
|---|---|
| June 28, 2012 | Evidentiary hearing on Sentencing Guidelines issues. The government anticipates calling a Special Agent from the Federal Bureau of Investigation, as well as up to four Vesta victims/depositors. Each defendant may call its own witnesses. The government requests three hours for the presentation of its evidence, and approximately three hours for defense cross-examination and presentation of evidence. |
| July 26, 2012 | Hearing on Sentencing Guidelines issues. The parties respectfully request the Court would issue its rulings on this date with respect to the disputed Sentencing Guidelines issues. The parties agree that any further evidence to submit for the Court's consideration of the Sentencing Guidelines issues shall be filed with the Court no later than July 19, 2012. |
| August 23, 2012 | Draft Presentence Reports for each defendant distributed to the parties. |
| September 27, 2012 | Victim allocution and sentencing of defendant John Terzakis. |
| October 11, 2012 | Sentencing of defendant Robert Estupinian. |
| October 25, 2012 | Sentencing of defendant Peter Ye. |

//
//
//

SCHEDULING ORDER
CR 09-01212 DLJ
CR 10-00044 DLJ                              2

The proposed schedule takes into consideration the time needed by the defense to prepare for the evidentiary hearing, as well as the availability of counsel over the summer months.

STIPULATED:

DATED: May 15, 2012                /s/
ROBERT E. LYONS
Attorney for Defendant John D. Terzakis

DATED:  May 15, 2012               /s/
JAMES T. REILLY
Attorney for Defendant Robert E. Estupinian

DATED:  May 15, 2012               /s/
SHAWN R. PARR
Attorney for Defendant Peter C.Y. Ye

DATED: May 15, 2012                /s/
DANIEL R. KALEBA
Assistant United States Attorney

IT IS SO ORDERED that sentencing for the above referenced matters shall be scheduled as set forth above.

DATED: May GG, 2012

D. LOWELL JENSEN
United States District Judge

SCHEDULING ORDER
CR 09-01212 DLJ
CR 10-00044 DLJ                    3